
# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dow, Jr., Robert M. | U.S. District Court, Northern District of Illinois | 05/11/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge -- Active Status | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| E.M. Dirksen U.S. Courthouse<br>219 South Dearborn Street, Suite 1978<br>Chicago, IL 60604 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Dow Jr., Robert M.

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/11/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting Individual and spouse; see pp. 17-24 of filing Instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Bailey & Glasser LLP – self-employed attorney performing contract legal work to approx. March 2009; associate attorney at law firm after March 2009 |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/11/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Chase Bank | credit card | J |
| 2. Target | credit card | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Northern Trust Bank accounts | A | Interest | J | T | | | | | |
| 2. Northern Trust Bank IRA (CD) | A | Interest | J | T | | | | | |
| 3. Prudential Individual Retirement Annuity | | | | | | | | | |
| 4. -- GR GRO Fixed Bond Account | | | | | Sold (part) | 1/8/09 | J | | |
| 5. | | | | | Sold (part) | 1/09/09 | K | | |
| 6. | | | | | Sold (part) | 1/12/09 | J | | |
| 7. | | | | | Sold (part) | 1/14/09 | J | | |
| 8. | | | | | Buy (add'l) | 1/16/09 | J | | |
| 9. | | | | | Buy (add'l) | 1/20/09 | J | | |
| 10. | | | | | Buy (add'l) | 1/21/09 | J | | |
| 11. | | | | | Buy (add'l) | 1/22/09 | J | | |
| 12. | | | | | Buy (add'l) | 1/23/09 | J | | |
| 13. | | | | | Sold (part) | 1/27/09 | K | | |
| 14. | | | | | Buy (add'l) | 1/28/09 | J | | |
| 15. | | | | | Buy (add'l) | 1/29/09 | K | | |
| 16. | | | | | Buy (add'l) | 1/30/09 | J | | |
| 17. | | | | | Buy (add'l) | 2/2/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 2/10/09 | J | | |
| 19. | | | | | Sold (part) | 2/11/09 | J | | |
| 20. | | | | | Buy (add'l) | 2/13/09 | J | | |
| 21. | | | | | Sold (part) | 2/17/09 | K | | |
| 22. | | | | | Buy (add'l) | 2/18/09 | K | | |
| 23. | | | | | Sold (part) | 4/14/09 | K | | |
| 24. | | | | | Sold (part) | 4/15/09 | J | | |
| 25. | | | | | Buy (add'l) | 4/17/09 | J | | |
| 26. | | | | | Sold (part) | 4/20/09 | K | | |
| 27. | | | | | Sold (part) | 4/27/09 | J | | |
| 28. | | | | | Buy (add'l) | 4/28/09 | J | | |
| 29. | | | | | Sold (part) | 4/30/09 | J | | |
| 30. | | | | | Sold (part) | 5/1/09 | K | | |
| 31. | | | | | Sold (part) | 5/6/09 | K | | |
| 32. | | | | | Sold (part) | 5/8/09 | K | | |
| 33. | | | | | Sold (part) | 5/12/09 | K | | |
| 34. | | | | | Sold (part) | 6/3/09 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS — *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 6/5/09 | K | | |
| 36. | | | | | Sold (part) | 6/12/09 | K | | |
| 37. | | | | | Sold (part) | 6/25/09 | K | | |
| 38. | | | | | Sold (part) | 7/8/09 | K | | |
| 39. | | | | | Sold (part) | 7/20/09 | K | | |
| 40. | | | | | Sold (part) | 7/30/09 | K | | |
| 41. | | | | | Sold (part) | 9/10/09 | L | | |
| 42. | | | | | Sold | 9/28/09 | N | | |
| 43.  -- AST Money Market (X) | | | | | Buy | 1/8/09 | J | | |
| 44. | | | | | Buy (add'l) | 1/9/09 | K | | |
| 45. | | | | | Buy (add'l) | 1/12/09 | J | | |
| 46. | | | | | Buy (add'l) | 1/14/09 | J | | |
| 47. | | | | | Sold (part) | 1/16/09 | J | | |
| 48. | | | | | Sold (part) | 1/20/09 | J | | |
| 49. | | | | | Sold (part) | 1/21/09 | J | | |
| 50. | | | | | Sold (part) | 1/22/09 | J | | |
| 51. | | | | | Sold (part) | 1/23/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 1/27/09 | K | | |
| 53. | | | | | Sold (part) | 1/28/09 | J | | |
| 54. | | | | | Sold (part) | 1/29/09 | K | | |
| 55. | | | | | Sold (part) | 1/30/09 | J | | |
| 56. | | | | | Sold (part) | 2/2/09 | J | | |
| 57. | | | | | Buy (add'l) | 2/10/09 | J | | |
| 58. | | | | | Buy (add'l) | 2/11/09 | J | | |
| 59. | | | | | Sold (part) | 2/13/09 | J | | |
| 60. | | | | | Buy (add'l) | 2/17/09 | K | | |
| 61. | | | | | Sold (part) | 2/18/09 | K | | |
| 62. | | | | | Buy (add'l) | 4/14/09 | K | | |
| 63. | | | | | Buy (add'l) | 4/15/09 | J | | |
| 64. | | | | | Sold (part) | 4/17/09 | J | | |
| 65. | | | | | Buy (add'l) | 4/20/09 | K | | |
| 66. | | | | | Buy (add'l) | 4/27/09 | J | | |
| 67. | | | | | Sold (part) | 4/28/09 | J | | |
| 68. | | | | | Buy (add'l) | 4/30/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 5/1/09 | K | | |
| 70. | | | | | Buy (add'l) | 5/6/09 | K | | |
| 71. | | | | | Buy (add'l) | 5/8/09 | K | | |
| 72. | | | | | Buy (add'l) | 5/12/09 | K | | |
| 73. | | | | | Buy (add'l) | 6/3/09 | K | | |
| 74. | | | | | Sold (part) | 6/5/09 | K | | |
| 75. | | | | | Buy (add'l) | 6/12/09 | K | | |
| 76. | | | | | Buy (add'l) | 6/25/09 | K | | |
| 77. | | | | | Sold | 7/8/09 | M | | |
| 78. -- AST Academic Strategies Asset Allocation (X) | | | M | T | Buy | 7/8/09 | L | | |
| 79. | | | | | Buy (add'l) | 7/13/09 | J | | |
| 80. | | | | | Buy (add'l) | 7/20/09 | J | | |
| 81. | | | | | Buy (add'l) | 7/30/09 | J | | |
| 82. | | | | | Buy (add'l) | 9/10/09 | J | | |
| 83. | | | | | Buy (add'l) | 9/28/09 | J | | |
| 84. | | | | | Buy (add'l) | 9/28/09 | L | | |
| 85. -- AST First Trust Cap Appr Target Portfolio (X) | | | O | T | Buy | 7/8/09 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 7/13/09 | K | | |
| 87. | | | | | Buy (add'l) | 7/20/09 | K | | |
| 88. | | | | | Buy (add'l) | 7/30/09 | K | | |
| 89. | | | | | Buy (add'l) | 9/10/09 | K | | |
| 90. | | | | | Sold (part) | 9/28/09 | J | | |
| 91. | | | | | Buy (add'l) | 9/28/09 | M | | |
| 92. Harris Bank accounts | A | Interest | J | T | | | | | |
| 93. GCG Mutual Fund | | | | | | | | | |
| 94. – American Funds Euro Pacific Growth | A | Dividend | J | T | | | | | |
| 95. -- American Funds Fundamental Investors | A | Dividend | J | T | | | | | |
| 96. -- American Funds Small Cap World Fund | A | Dividend | J | T | | | | | |
| 97. -- American Funds Bond Fund of America | A | Dividend | J | T | | | | | |
| 98. -- American Funds Growth Fund of America | A | Dividend | J | T | | | | | |
| 99. GCG 529 Fund #1 | | | | | | | | | |
| 100. -- EuroPacific Growth Fund 529A | A | Dividend | J | T | | | | | |
| 101. -- American Funds New Economy Fund | A | Dividend | J | T | | | | | |
| 102. GCG 529 Fund #2 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | O =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- American Funds Capital World G/I 529A | A | Dividend | J | T | | | | | |
| 104. -- American Funds Growth Fund of America 529A | A | Dividend | J | T | | | | | |
| 105. GCG 529 Fund #3 | | | | | | | | | |
| 106. -- New Perspective Fund 529A | A | Dividend | J | T | | | | | |
| 107. -- American Funds Fundamental Investors 529A | A | Dividend | J | T | | | | | |
| 108. GCG Fund #4 | | | | | | | | | |
| 109. -- American Funds SmallCap World Fund 529A | A | Dividend | J | T | | | | | |
| 110. -- American Funds Capital Income Builder 529A | A | Dividend | J | T | | | | | |
| 111. Podesta HSA Account | | | | | | | | | |
| 112. -- I Shares Dow Jones Select Dividend Index Fund | A | Dividend | J | T | | | | | |
| 113. -- I Shares TR S&P 500 Index Fund | A | Dividend | J | T | | | | | |
| 114. First Community Bank Common Stock | | None | K | T | | | | | |
| 115. Sauk Valley Community Bank Common Stock | A | Dividend | J | T | | | | | |
| 116. MSJ1, Inc. Common Stock | | None | J | T | | | | | |
| 117. Minnesota Life: Variable Adjustable Life Insurance | A | Interest | J | T | | | | | |
| 118. Travelers: Variable Life Policy | A | Interest | J | T | | | | | |
| 119. Northwestern Mutual Life Policy | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. MetLife: Universal Life Policy | A | Interest | J | T | | | | | |
| 121. Hoskins Group LP -- [redacted] invest p'ship | | | | | | | | | |
| 122. -- Financial Square Trust Prime Obligation FD Admin CL Fund | A | Interest | | | Closed | 3/31/09 | J | | |
| 123. -- Buffalo Jayhawk China Fund | A | Dividend | J | T | | | | | |
| 124. | | | | | Buy (add'l) | 3/13/09 | J | | |
| 125. | | | | | Buy (add'l) | 12/22/09 | J | | |
| 126. -- Alcoa Incorporated | A | Dividend | | | Sold | 3/5/09 | J | | |
| 127. -- Allstate Corp. | A | Dividend | | | Sold | 3/5/09 | J | | |
| 128. -- Amgen, Inc. (Y) | | | | | | | | | |
| 129. -- Applied Materials, Inc. | A | Dividend | | | Sold | 3/5/09 | J | | |
| 130. -- Archer Daniels Midland (Y) | | | | | | | | | |
| 131. -- BP PLC ADR | A | Dividend | | | Sold | 3/5/09 | J | | |
| 132. -- Chevron Corp. | A | Dividend | | | Sold | 3/5/09 | J | | |
| 133. -- Cincinnati Financial Group | A | Dividend | | | Sold | 3/5/09 | J | | |
| 134. -- Citigroup Inc. (Y) | | | | | | | | | |
| 135. -- Friedman Billings Ramsey A (Y) | | | | | | | | | |
| 136. -- General Electric Co. | A | Dividend | | | Sold | 3/5/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -- Glaxo SmithKline Sponsored PLC ADR | A | Dividend | | | Sold | 3/5/09 | J | | |
| 138. -- Grant Prideco, Inc. (Y) | | | | | | | | | |
| 139. -- Intel Corp. | A | Dividend | | | Sold | 3/5/09 | J | | |
| 140. -- Kinder Morgan Energy Partners Ltd. P'ship Interest | A | Distribution | | | Sold | 3/5/09 | J | | |
| 141. -- Lilly Eli & Co. | A | Dividend | | | Sold | 3/5/09 | J | | |
| 142. -- Mentor Corp./Minn. (Y) | | | | | | | | | |
| 143. -- Modine Mfg. Co. | | None | | | Sold | 3/5/09 | J | | |
| 144. -- Newmont Mining Corp. | | None | | | Sold | 3/5/09 | J | | |
| 145. -- Pitney Bowes, Inc. | A | Dividend | | | Sold | 3/5/09 | J | | |
| 146. -- Schlumberger, Ltd. | A | Dividend | | | Sold | 3/5/09 | J | | |
| 147. -- United Technologies Corp. | A | Dividend | | | Sold | 3/5/09 | J | | |
| 148. -- Veeco Instrs., Inc., Del. (Y) | | | | | | | | | |
| 149. -- Johnson & Johnson | A | Dividend | | | Sold | 3/5/09 | J | | |
| 150. -- Abbott Labs | A | Dividend | | | Sold | 3/5/09 | J | | |
| 151. -- Boeing, Inc. | A | Dividend | | | Sold | 2/27/09 | J | | |
| 152. -- Conocophillips | A | Dividend | | | Sold | 3/5/09 | J | | |
| 153. -- Costco Whsl Corp | A | Dividend | | | Sold | 3/5/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -- DuPont (E I) De Nemours & Co. | A | Dividend | | | Sold | 3/5/09 | J | | |
| 155. -- Forest Labs Inc. | | None | | | Sold | 3/5/09 | J | | |
| 156. -- Kennametal Inc. | A | Dividend | | | Sold | 3/5/09 | J | | |
| 157. -- Limited Inc. | A | Dividend | | | Sold | 3/5/09 | J | | |
| 158. -- Marathon Oil Corp | A | Dividend | | | Sold | 3/5/09 | J | | |
| 159. -- Marsh & McLennan Inc. (Y) | | | | | | | | | |
| 160. -- Microsoft Corp. | A | Dividend | | | Sold | 3/5/09 | J | | |
| 161. -- Patterson-Uti Energy Inc. | | None | | | Sold | 3/5/09 | J | | |
| 162. -- Pfizer, Inc. | A | Dividend | | | Sold | 3/5/09 | J | | |
| 163. -- Royal Dutch Shell PLC-ADR A | A | Dividend | | | Sold | 3/5/09 | J | | |
| 164. -- Swift Energy Co. | | None | | | Sold | 3/5/09 | J | | |
| 165. -- Trinity Industries Inc. (Y) | | | | | | | | | |
| 166. -- Unit Corp. | | None | | | Sold | 3/5/09 | J | | |
| 167. -- US Bancorp | A | Dividend | | | Sold | 3/5/09 | J | | |
| 168. -- Weatherford Int'l Ltd. | | None | | | Sold | 3/5/09 | J | | |
| 169. -- Whole Foods Mkt Inc. | | None | | | Sold | 3/5/09 | J | | |
| 170. -- Wilmington Trust Corp. | A | Dividend | | | Sold | 3/5/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  – Wrigley Wm Jr. Co. (Y) | | | | | | | | | |
| 172.  – Buffalo International Fund #1449 | A | Dividend | K | T | | | | | |
| 173. | | | | | Buy (add'l) | 3/13/09 | J | | |
| 174. | | | | | Buy (add'l) | 12/22/09 | J | | |
| 175.  -- Frontier Oil Corp. | A | Dividend | | | Sold | 3/5/09 | J | | |
| 176.  – Ico Inc. | | None | | | Sold | 3/5/09 | J | | |
| 177.  -- Coeur D'Alene Mines Corp. Convertible Note | A | Interest | | | Sold | 3/5/09 | J | | |
| 178.  -- Kraft Foods Inc. A | A | Dividend | | | Sold | 3/5/09 | J | | |
| 179.  -- Great Plains Energy Inc. | A | Dividend | | | Sold | 3/5/09 | J | | |
| 180.  -- Lions Gate Convertible Note | A | Interest | | | Sold | 3/5/09 | J | | |
| 181.  – Calpine Corp. | | None | | | Sold | 3/5/09 | J | | |
| 182.  -- Apache Corp. | A | Dividend | | | Sold | 3/5/09 | J | | |
| 183.  – Coca Cola | | None | | | Sold | 3/5/09 | J | | |
| 184.  – Questar Corp. | A | Dividend | | | Sold | 3/5/09 | J | | |
| 185.  -- Newfield Expl Co. | | None | | | Sold | 3/5/09 | J | | |
| 186.  Buffalo Balanced Fund (X) | A | Dividend | K | T | Buy | 3/13/09 | K | | |
| 187. | | | | | Buy (add'l) | 6/18/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 9/22/09 | J | | |
| 189. Buffalo Small Cap Fund (X) | A | Dividend | K | T | Buy | 3/13/09 | K | | |
| 190. | | | | | Buy (add'l) | 12/22/09 | J | | |
| 191. Buffalo Science & Technology Fund (X) | A | Dividend | K | T | Buy | 3/16/09 | K | | |
| 192. | | | | | Buy (add'l) | 12/22/09 | J | | |
| 193. Buffalo Large Cap Fund (X) | A | Dividend | K | T | Buy | 3/16/09 | K | | |
| 194. | | | | | Buy (add'l) | 12/22/09 | J | | |
| 195. Buffalo USA Growth Fund (X) | A | Dividend | K | T | Buy | 3/16/09 | K | | |
| 196. | | | | | Buy (add'l) | 12/22/09 | J | | |
| 197. Northern Inst Tax-Exempt (X) | A | Interest | J | T | Buy | 3/16/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/11/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

1. Explanatory note concerning Hoskins Group LP (lines 121-185): [            ] each owned 20% of the shares and were limited partners of Hoskins Group LP; [            ] were the general partners. On March 5, 2009, the partnership sold all of the individual stocks in their portfolio. They took a capital loss on every one of the stocks; hence, there were no gains to report in column D(4) as to any individual stock. Apart from the Buffalo Jayhawk China Fund (line 123) and the Buffalo International Fund (line 172), all of the assets of the Hoskins Group LP were sold in March 2009. The proceeds from the stock sales were placed into the two existing Buffalo funds and five additional Buffalo funds (lines 186-196) and the Northern Tax-Exempt account (line 197). Between March and July 2009, the funds of the partnership were held in common in the Buffalo funds. In July 2009, the partnership dissolved and each of the [      ] received their share. [            ] share is now in a separate account in her name and remains allocated to the seven Buffalo funds and the Northern Tax-Exempt account.

2. Explanatory note concerning Prudential annuity product (lines 3-91): The Prudential account contains funds that previously had been invested in the Mayer Brown 401K and partner retirement accounts. The product has a guaranteed return option, which I elected. As a result, as the market fluctuated a great deal over the course of 2008 and early 2009, an algorithm programmed by Prudential triggered a large number of transactions that had the effect of transferring all of my assets into a single bond account (GR GRO). To simply the process (and my reporting of it), my advisor now has transferred all of the assets into two funds (lines 78 and 85) that are not self-directed.

3. Lines 3, 93, 99, 102, 105, 108, 111, and 121 are headers for various funds -- the individual holdings of each fund, values, and transactions are reported in the lines below each header.

| Name of Person Reporting | Date of Report |
|---|---|
| Dow, Jr., Robert M. | 05/11/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544